**Order entered January 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01029-CV

**STEPHANIE FREEMAN, Appellant**

**V.**

**CITIMORTGAGE, INC, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-04363-E**

## ORDER

By order dated April 25, 2013, we directed appellant to provide a copy of any request for a reporter's record to the Court within ten days. We cautioned appellant that if we did not receive the requested documentation, the case would be submitted without the reporter's record. On May 8, 2013, the court reporter notified the Court that she had not received a request for preparation of a reporter's record. Therefore, we **ORDER** the case submitted without a reporter's record.

Appellant's brief is due within **THIRTY DAYS** of the date of this order.

/s/    ADA BROWN
          JUSTICE